IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEVEN P. GRADOS,
    Plaintiff,

v.

KAREN LANIER, LINDA WALT, WILLIAM BRADY, VINCENT COOK,
    Defendants.

Civil Action No. 11-935

ORDER

AND NOW, this 16th day of September, 2011, upon consideration of Plaintiff's Motion to Effect Service on Defendant Karen Lanier [doc. no. 16], IT IS HEREBY ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge

cc:    All Counsel of Record