IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEVEN P. GRADOS
    Plaintiff, )
)
v. ) Civil Action No. 11-935
)
KAREN LANIER, LINDA WALT, )
WILLIAM BRADY, VINCENT COOK, )
    Defendants. )

ORDER

AND NOW, this 16th day of September, 2011, upon consideration of Plaintiff's Motion to Effect Service on Defendant Karen Lanier [doc. no. 16], IT IS HEREBY ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge

cc: All Counsel of Record