IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN P. GRADOS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-935 |
| | ) |
| KAREN LANIER, | ) |
|     Defendant. | ) |

## ORDER

AND NOW, this **1st** day of December, 2011, IT IS HEREBY ORDERED, for the reasons stated in the Court's Memorandum and Order, dated November 28, 2011 [document #28], this action is DISMISSED WITH PREJUDICE as to the remaining defendant, Karen Lanier. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: Steven P. Grados
    107 Beechwood Drive
    Monongahela, PA 15063-1011